# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-117
LT Case No. 16-2021-CF-5271

_____

DERRICK LENARD SMITH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

William Mallory Kent and Ryan Edward
McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

Ashley Moody, Attorney General, and Robert
Charles Lee, Assistant Attorney General,
Tallahassee, for Appellee.

August 15, 2023

PER CURIAM.

    AFFIRMED.

JAY, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____